IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK LONGINOTTI                                                    PLAINTIFF

V.                          Case No. 4:26-cv-00069-BBM

FRANK BISIGNANO, Commissioner,                           DEFENDANT
Social Security Administration

## **ORDER**

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings

Pursuant to Sentence Four of 42 U.S.C. § 405(g) is GRANTED. (Doc. 14). Accordingly,

the Commissioner's decision is REVERSED, and this case is REMANDED for further

administrative proceedings. This is a "sentence four" remand within the meaning of 42

U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

SO ORDERED this 6th day of July, 2026.


_____
UNITED STATES MAGISTRATE JUDGE