IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK LONGINOTTI                                                    PLAINTIFF

V.                        Case No. 4:26-cv-00069-BBM

FRANK BISIGNANO, Commissioner,                          DEFENDANT
Social Security Administration

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND
ADJUDGED that Judgment be entered for Plaintiff Mark Longinotti, reversing the
Commissioner's decision and remanding this case to the Commissioner for further
proceedings under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S.
292, 296–302 (1993).

DATED this 6th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE